## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 - 3 | **DATE** | 7/3/2008 |
| **CASE TITLE** | USA vs. Mario Diaz | | |

**DOCKET ENTRY TEXT**

Defendant Mario Diaz having posted property identified in the Order Settting Conditions of Release entered 7/3/08, is to be released from custody forthwith. The U.S. Marshal is to give the Defendant a copy of this order. Defendant Mario Diaz must appear at the U.S. District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn Street, Chicago, Illinois, at the Clerk's Office on the 20th Floor on Monday, July 7, 2008 by 10:00 a.m. to sign his appearance bond.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | VKD |
|---|---|---|---|