Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 -3 | **DATE** | 7/10/2008 |
| **CASE TITLE** | USA vs. Mario Diaz | | |

**DOCKET ENTRY TEXT**

Preliminary examination set for 7/11/08 at 9:30 a.m. is stricken. Preliminary examination set for 7/11/08 at 1:30 p.m.

Docketing to mail notices.

U.S. DISTRICT COURT

2008 JUL 11 AM 8:29

FILED

| | Courtroom Deputy Initials: | VKD |
|---|---|---|