Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521-3 | **DATE** | 7/11/2008 |
| **CASE TITLE** | USA vs. Mario Diaz | | |

**DOCKET ENTRY TEXT**

Case called for preliminary examination. Defendant waives preliminary examination. Enter a finding of probable cause; Order defendant bound to the district court for further proceedings.

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | VKD |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 JUL 11 PM 4:56

FILED-GBN