# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 - 3 | **DATE** | 6/30/2008 |
| **CASE TITLE** | USA vs. Mario Diaz | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Mario Diaz.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|