## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Susan E. Cox | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 - 3 | **DATE** | 7/1/2008 |
| **CASE TITLE** | USA vs. Mario Diaz | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest 7/1/08. Enter order appointing Rachel Zebio of the Federal Defender Program as counsel for Defendant. Defendant informed of his rights. Order Defendant detained pending preliminary examination set for 7/3/08 at 2:00 p.m. Government's motion for protective order as to defendant is granted. Enter protective order.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|