# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 | **DATE** | 8/8/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. ROBERTO SANCHEZ; RAUL ROJAS; MARIO DIAZ; JAVIER CHAVEZ | | |

**DOCKET ENTRY TEXT**

Detention hearing held. For reasons stated in open court defendant Javier Chavez is ordered detained pending trial.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cr-00521 Document 40 Filed 08/08/2008 Page 1 of 1

08CR521 UNITED STATES OF AMERICA vs. JAVIER CHAVEZ — Page 1 of 1