UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 521-3 |
| | ) | Hon.  Suzanne B. Conlon |
| MARIO DIAZ, | ) | |
| also known as, "Freddie" | ) | |

**INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE
RELIED UPON IN SEEKING INCREASED PUNISHMENT**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous Conviction to Be Relied Upon in Seeking Increased Punishment pursuant to 21 U.S.C. § 851(a):

In the event the defendant is convicted of the offense under Title 21, United States Code, Section 846 charged in Count One of the Indictment in this case, and Title 21, United States Code, Section 841(a)(1) in Count Four the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b) based on one of the following convictions for a felony drug offense which became final prior to the commission of the offense charged in Count One of the Indictment:

(i) On or about April 14, 1996, in the Circuit Court of Cook County, Illinois, defendant MARIO DIAZ was convicted of possession with intent to delivery more than 500 grams of marijuana, in violation of the Chapter 720, Illinois Compiled Statutes, § 550/5(e), and sentenced to 5 years imprisonment.

WHEREFORE, the government gives notice that defendant has at least one prior conviction for a felony drug offense, and thus the sentence upon his conviction for the offense under Title 21, United States Code, Section 846 charged in Count One and Title 21, United States Code, Section 841(a)(1) in Count Four of the Indictment in this case shall include a term of imprisonment of not less than 20 years and not more than life, a fine not to exceed $8,000,000, and a term of supervised release of not less than 10 years up to and including any number of years, pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii).

Dated:    Chicago, Illinois
          August 13, 2008

                                                  Respectfully submitted.
PATRICK J. FITZGERALD
United States Attorney

By:    /s/ Lela D. Johnson
       LELA D. JOHNSON
       Assistant United States Attorney
       219 South Dearborn Street - 5th Floor
       Chicago, Illinois 60604
       (312) 353-4320

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT**

were served on August 13, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Lela D. Johnson
LELA D. JOHNSON
Assistant United States Attorney
219 South Dearborn Street, 5TH Floor
Chicago, Illinois 60604
(312) 353-4320