IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 521 |
| | ) | Honorable Judge Conlon |
| MARIO DIAZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS

Now comes the defendant, MARIO DIAZ, by and through his attorney, Rachel L. Zebio, and respectfully moves this Honorable Court to grant Mario Diaz leave to adopt motions of co-defendants to the extent that such motions are not incompatible with the motions presented on behalf of Mario Diaz by his appointed counsel.

Respectfully submitted,

_____/s/_____
Rachel L. Zebio

Rachel L. Zebio
Attorney for Defendant Diaz
190 S. LaSalle Street
Suite #520
Chicago, Illinois 60603
(312)782-2770

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 521 |
| | ) | Honorable Judge Conlon |
| MARIO DIAZ, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

**TO:** AUSA Lela Johnson
U.S. Attorney's Office
219 S. Dearborn, 5th Floor
Chicago, IL 60604

**PLEASE TAKE NOTICE** that on August 18, 2008, I filed electronically with the clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached, **Motion to Adopt Motions of Co-Defendants.** True and correct copies of each is attached hereto and hereby served upon you.

Respectfully Submitted,

_____/s/_____
Rachel L. Zebio

Rachel L. Zebio
Attorney for Defendant Diaz
190 S. LaSalle Street
Suite #520
Chicago, Illinois 60603
(312)782-2770

2

**Certificate of Service**

I, Rachel L. Zebio, an attorney certify that the attached copy of the document stated above was delivered, electronically, to A.U.S.A. Lela Johnson, 219 S. Dearborn, Suite 500, Chicago, IL 60604, and hand delivered to the Honorable Judge Conlon, 219 S. Dearborn, Room 1746, Chicago, IL 60604 on this 18th of August, 2008.

_____/s/_____
Rachel L. Zebio

Rachel L. Zebio
190 S. LaSalle Street
Suite #520
Chicago, Illinois 60603
(312)782-2770