## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 - 3 | **DATE** | 8/20/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. MARIO DIAZ (3) | | |

**DOCKET ENTRY TEXT**

Defendant Mario Diaz' "boilerplate" motions for inspection of electronic surveillance materials [50], for disclosure of favorable and impeaching evidence [48], and for production of confidential informant and disclosure of relevant criminal background and financial information [53] are stricken as violations of the local criminal rules. These motions are wasteful of the resources of all counsel and the court. Diaz' motion to adopt motions of co-defendants [52] is granted. His motion for a hearing on the admissibility of co-conspirators' statements [49] is granted in part. The government shall file its evidentiary proffer of Fed.R.Evid. 801(d)(2)(E) statements to all defense counsel by 9/5/08. His motion to require notice of intention to use other crimes, wrongs or acts evidence [51] is granted in part. The government shall provide all defense counsel with evidence it intends to offer at trial pursuant to Fed.R.Evid. 404(b) by 9/5/08.

Notices mailed by Judicial staff.

TF Counsel

| | Courtroom Deputy Initials: | WH |
|---|---|---|