## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 | **DATE** | 8/27/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. ROBERTO SANCHEZ (1), RAUL GALLEGOS ROJAS (2), MARIO DIAZ, JAVIER CHAVEZ (4) | | |

**DOCKET ENTRY TEXT**

Any plea agreement as to defendants Roberto Sanchez (1), Raul Rojas (2) and Mario Diaz (3) shall be submitted to chambers by 1:00 p.m. on 9/3/08.

*/s/ Suzanne B. Conlon*

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|