UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.　08 CR 521-3 |
| | ) | Hon.　Suzanne B. Conlon |
| MARIO DIAZ, | ) | |
| also known as, "Freddie" | ) | |

**MOTION TO WITHDRAW INFORMATION
STATING PREVIOUS CONVICTION**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby withdraws is Information Stating Previous Conviction to Be Relied Upon in Seeking Increased Punishment pursuant to 21 U.S.C. § 851(a):

Pursuant to the terms of the plea agreement entered into between defendant Mario Diaz and the government on September 4, 2008, the government hereby moves to dismiss the Information Stating Previous Conviction to Be Relied Upon in Seeking Increased Punishment which was filed on August 13, 2008.

WHEREFORE, the government respectfully requests that the court allow it to withdraw the Information Stating Previous Conviction to Be Relied Upon in Seeking Increased Punishment.

```
                                    Respectfully submitted.
                                    PATRICK J. FITZGERALD
                                    United States Attorney

                              By:   /s/ Lela D. Johnson
                                    LELA D. JOHNSON
                                    (312) 353-4320
```

Dated:　September 5, 2008

# CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**MOTION TO WITHDRAW INFORMATION
STATING PREVIOUS CONVICTION**

was served on September 5, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and by first-class U.S. Mail to:

>Michael Monico
>20 South Clark Street
>Suite 700
>Chicago, IL 60603

>/s Lela D. Johnson
>LELA D. JOHNSON
>Assistant United States Attorney
>219 South Dearborn Street
>Chicago, Illinois
>(312) 353-4320