UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 521-3 |
| v. | ) | Hon. Suzanne B. Conlon |
| | ) | |
| MARIO DIAZ, | ) | |
| also known as "Freddie" | ) | |

### NOTICE OF MOTION

     PLEASE TAKE NOTICE that on Thursday, September 11, 2008, at 9:00 a. m., or as soon thereafter as counsel may be heard, I will appear before Judge Suzanne B. Conlon in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present **MOTION TO WITHDRAW INFORMATION STATING PREVIOUS CONVICTION**, at which time and place you may appear if you see fit.

Dated: September 5, 2008

                                       Respectfully submitted,

                                       PATRICK J. FITZGERALD
                                     United States Attorney

                            By:  /s/ Lela D. Johnson   .
                                 LELA D. JOHNSON
                                 Assistant United States Attorney
                                 219 South Dearborn Street
                                 Chicago, IL 60604
                                 312-353-4320

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**MOTION TO WITHDRAW INFORMATION
STATING PREVIOUS CONVICTION**

was served on September 5, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and by first-class U.S. Mail to:

>   Michael Monico
>   20 South Clark Street
>   Suite 700
>   Chicago, IL 60603

>   /s/ Lela D. Johnson
>   LELA D. JOHNSON
>   Assistant United States Attorney
>   219 South Dearborn Street, 5th Floor
>   Chicago, Illinois  60604
>   (312) 353-4320