# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __ILLINOIS__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>MARIO DIAZ | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 08 CR 521-3<br>USM Number: 40431-424<br>Rachel Lynn Zebio<br>Defendant's Attorney |

**Date of Original Judgment:** January 14, 2009
(Or Date of Last Amended Judgment)

**Reason for Amendment:**
- ☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
- ☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- ☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
- ✓ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

- ☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
- ☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- ☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- ☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)
- ☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**
- ✓ pleaded guilty to count(s) __One__
- ☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
- ☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute controlled substances | June 28, 2008 | S - One |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984. Other than the amendments or modifications stated in this judgement, the judgment previously entered shall stand. (See attachments)

- ☐ The defendant has been found not guilty on count(s) _____
- ✓ Count(s) __4__ ✓ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 14, 2009
Date of Imposition of Judgment

*Suzanne B. Conlon* (signature)
Signature of Judge

Suzanne B. Conlon, United States District Court Judge
Name and Title of Judge

January 27, 2009
Date

ILND (Rev. 06/05) Amended Judgment in a Criminal Case
AO 245C   Sheet 2 — Imprisonment                                                    (NOTE: Identify Changes with Asterisks (*))

Judgment — Page 2 of 2

DEFENDANT: MARIO DIAZ
CASE NUMBER: 08 CR 521-3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term

79 months

✓ The court makes the following recommendations to the Bureau of Prisons:

It is recommended that the defendant be placed at the Oxford Correctional Facility and that the defendant receive drug and alcohol abuse treatment.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

✓ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ✓ before 2 p.m. on   February 27, 2009  .

  ✓ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL